UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUIS-ALEXANDRE NOEL ALBERT
DALBIS,

                Plaintiff,

    v.

FRANCE,

                Defendant.

Case No. 24-cv-2065 (JMC)

## MEMORANDUM OPINION

Pro se Plaintiff Louis-Alexandre Noel Albert Dalbis brings this suit against the nation of France. ECF 1. This is not Dalbis's first lawsuit before this Court. *See Dalbis v. Pub. Emps. of Sec. & Intel. Servs. of Fr. & Eur.* (*Dalbis I*), No. 24-cv-1434 (JMC). In his prior action, Dalbis invoked the Torture Victim Protection Act of 1991, alleging that various unnamed French officials had committed a "crime against humanity" against him "from approximately 1996 to 2024." *Dalbis I*, ECF 1 at 4. On July 15, 2024, this Court dismissed that case with prejudice in light of Dalbis's repeated failures to comply with Federal Rule of Civil Procedure 8(a)(2). *Dalbis I*, ECF 24. One day later, Dalbis filed the current lawsuit, which is virtually identical to his last one. ECF 1. In fact, aside from (technically) naming a different Defendant, Dalbis appears to have copied and pasted the entirety of his current complaint from filings in his prior suit. *Compare, e.g.*, ECF 1 at 6–7, *and* ECF 1 at 9–16, *with Dalbis I*, ECF 12 at 133–34, *and Dalbis I*, ECF 12 at 8–16.

Because Dalbis's complaint recycles the same confusing and legally inadequate allegations from his prior lawsuit, the Court **DISMISSES** his complaint in this case for largely the same reasons as stated in *Dalbis I*. That is, "even construing the . . . complaint and accompanying documents liberally, the Court is unable to identify what cognizable harm Dalbis has suffered, who

caused him that harm, and how the law entitles him to any relief." *Dalbis I*, ECF 24 at 2. And while "[o]rdinarily, the remedy for noncompliance with Rule 8(a) is dismissal with leave to amend," *Brown v. Califano*, 75 F.R.D. 497, 499 (D.D.C. 1977), the Court concludes that dismissal **WITH PREJUDICE** is warranted due to Dalbis's repeat filing of his prior lawsuit that itself was dismissed with prejudice.

A separate order accompanies this memorandum opinion.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 23, 2024